IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BISHME AYERS,** | : No. 3:24cv1184 |
| Plaintiff | : (Judge Munley) |
| v. | : |
| **WARDEN OF LCCF, *et al.*,** | : |
| Defendants | : |

## ORDER

**AND NOW**, to wit, this 22nd day of July 2024, upon preliminary consideration of plaintiff's complaint, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The complaint (Doc. 1) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court